UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| BRIAN D GOODWIN | |
| Debtor(s) | CASE NO. BKY 05-48209 RJK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Gateway Credit Union in the amount of $34.44, were unclaimed.

CREDITOR:
Gateway Credit Union
14305 East Alameda Avenue
Aurora, CO 80012

CLAIM NUMBER:
5

AMOUNT:
$34.44

ACCOUNT NUMBER:
80605880

**Jasmine Z. Keller, Trustee**

Dated: April 1, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee