UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*Rungbycnn*
*04-04-11*
*Reipt # A2901*

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| BRIAN D GOODWIN | |
| Debtor(s) | **CASE NO. BKY 05-48209 RJK** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Gateway Credit Union in the amount of $358.27, were unclaimed.

CREDITOR:
Gateway Credit Union
14305 East Alameda Avenue
Aurora, CO 80012

CLAIM NUMBER:
4

AMOUNT:
$358.27

ACCOUNT NUMBER:
80605802

**Jasmine Z. Keller, Trustee**

Dated: April 1, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee